Vincent V. Frounjian, Esq., Bar No. 170424
LAW OFFICES OF VINCENT V. FROUNJIAN, P.C.
4001 West Alameda Avenue, Suite 104
Burbank, California 91505
Telephone: (818) 859-7511
Facsimile: (818) 859-7514

Attorney for Creditor/Movant,
**AMERICAN HONDA FINANCE CORPORATION**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In Re: | CASE NO: **16 - 42286-WJL-7** |
| MONA LEKIA LINTZ, | CHAPTER **7** |
| Debtor(s), | R.S. NO. **VVF-1** |
| AMERICAN HONDA FINANCE CORPORATION, | MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Creditor/Movant, | |
| vs. | |
| MONA LEKIA LINTZ; and MARLENE G. WEINSTEIN, Chapter 7 Trustee, | DATE : January 25, 2017
TIME : 09:30 a.m.
PLACE  1300 Clay Street, Oakland
         Oakland, CA 94612 |
| Debtor(s)/Respondents. | CTRM : 220 |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**COMES NOW** the Creditor/Movant, AMERICAN HONDA FINANCE CORPORATION, (hereinafter referred to as "CREDITOR") by and through its undersigned counsel of record, THE LAW OFFICES OF VINCENT V. FROUNJIAN, and hereby moves this Court for an "Order Granting Movant Relief from the Automatic Stay" to exercise its remedies under its "Certificate of Ownership" and California law, including but not limited to, repossession upon and sale of the subject personal property, commonly known as: 2016 HONDA ACCORD, V.I.N.: 1HGC R2F3 4GA1 87216 (hereinafter referred to as "VEHICLE"), upon the following facts and circumstances, including Declaration of Movant and attached Exhibits in support thereof.

## A. THE PROPERTY

1. The Creditor has a security interest in the subject property. Thus this Creditor is the legal owner and lienholder of record of the Vehicle subject to this Motion. (See, "Certificate of Title" attached to Exhibit List as Exhibit 1).

2. As such, the Creditor is the holder of a promissory note secured by a duly perfected "Certificate of Title" on the subject Vehicle. (See, "Contract & Security Agreement" attached to Declaration of Creditor as Exhibit 2).

3. Proof of insurance in connection with the Creditor's collateral should be provided to the Creditor in accordance to the Debtor's obligation to insure the subject Vehicle under the terms of the Financing Agreement. (See, Financing & Security Agreement as Exhibit 2).

4. The Creditor has possession of the subject Vehicle.

## B. GROUNDS FOR RELIEF FROM THE AUTOMATIC STAY

1. <u>Pursuant to 11 U.S.C. Sec. 362(d)(1), cause exist to grant Movant the requested relief because the Creditor's interest in the Property is not adequately protected as follows:</u>

(a) The Creditor's interest in the collateral is not protected by an adequate equity cushion.

(b) The fair market value of the Vehicle is declining and payments are not being made to the Creditor sufficient to protect the Creditor's interest against that decline.

2. Pursuant to 11 U.S.C. Sec. 362(d)(2)(A), there is no equity interest in this Vehicle, and pursuant to 11 U.S.C. Sec. 362(d)(2)(B), the Vehicle is not necessary for an effective reorganization.

3. The Debtor intends to and has surrendered this Vehicle to the Creditor. (See, Debtor's "Statement of Intention" attached to Exhibit List as Exhibit 4).

4. Debtor has already received a "Discharge Order", and Movant seeks to lift the Automatic Stay as to the Chapter 7 Trustee and the Bankruptcy Estate.

**WHEREOF** the Creditor prays for an Order as follows:

1. Terminating the stay and granting immediate relief from the automatic stay pursuant to 11 U.S.C., Sec. 362(d)(1)&(2);

2. Allowing the Creditor to proceed under applicable non-bankruptcy law to enforce its remedies, including, repossession and sale of the subject Property;

3. In the alternative, if relief from the Stay is not granted, the Creditor respectfully requests the Court to Order Adequate Protection;

4. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

5. That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived; and

6. For such other and further relief that this Court deems as just and proper.


DATED: January 9, 2017               Respectfully submitted,
                                     **LAW OFFICES OF VINCENT V. FROUNJIAN**



                                     By: /S/ VINCENT V. FROUNJIAN
                                         VINCENT V. FROUNJIAN
                                         Attorney for Movant,
                                     **AMERICAN HONDA FINANCE CORPORATION**